## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re: JOYCE Z. JONES                §        Case No. 13-81975
                                     §
                                     §
                                     §
         Debtor(s)                   §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1)  The case was filed on 05/29/2013.

2)  The plan was confirmed on 08/09/2013.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4)  The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 11/04/2014, 12/19/2014.

5)  The case was dismissed on 12/19/2014.

6)  Number of months from filing or conversion to last payment: 14.

7)  Number of months case was pending: 20.

8)  Total value of assets abandoned by court order: NA.

9)  Total value of assets exempted: $5,960.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 5,920.00 | |
| Less amount refunded to debtor(s) | $ 25.00 | |
| **NET RECEIPTS** | | $ 5,895.00 |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 2,948.43 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 355.87 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 3,304.30 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GERACI LAW L.L.C. | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 2,948.43 | 0.00 |
| MONTEREY FINANCIAL SVC | Sec | 800.00 | 800.00 | 14.95 | 14.95 | 8.68 |
| MONTEREY FINANCIAL SVC | Uns | 1,145.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL | Sec | 5,023.80 | 5,023.80 | 5,023.80 | 366.80 | 2,200.27 |
| SPRINGLEAF FINANCIAL | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICE | Uns | 765.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Uns | 370.00 | 303.00 | 303.00 | 0.00 | 0.00 |
| AMERICAN PROFIT RECOVERY | Uns | 74.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Uns | 500.00 | 390.35 | 390.35 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 396.00 | 396.07 | 396.07 | 0.00 | 0.00 |
| ASSOCIATED BANK | Uns | 601.00 | NA | NA | 0.00 | 0.00 |
| BANQUET FINANCIAL | Uns | 1,200.00 | NA | NA | 0.00 | 0.00 |
| BANQUET FINANCIAL | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| BAY AREA CREDIT SERVICE | Uns | 700.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, | Uns | 277.00 | 283.00 | 283.00 | 0.00 | 0.00 |
| CASTLE PAYDAY LOANS | Uns | 370.00 | NA | NA | 0.00 | 0.00 |
| CCS / FIRST NATIONAL BANK | Uns | 1,356.00 | NA | NA | 0.00 | 0.00 |
| CHECK IT | Uns | 305.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| COMMONWEALTH EDISON CO | Uns | 1,500.00 | 2,437.99 | 2,437.99 | 0.00 | 0.00 |
| COMPUCREDIT / TRIBUTE | Uns | 1,599.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOCIATION | Uns | 431.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 109.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 418.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 393.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 52.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 311.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Uns | 387.00 | NA | NA | 0.00 | 0.00 |
| FIRST BANK OF DELAWARE | Uns | 437.00 | NA | NA | 0.00 | 0.00 |
| FRIENDLY FINANCE CORPORATION | Uns | 6,325.00 | 6,523.09 | 6,523.09 | 0.00 | 0.00 |
| GENERATIONS CREDIT UN | Uns | 21.00 | NA | NA | 0.00 | 0.00 |
| JHS MARKETING | Uns | 260.00 | NA | NA | 0.00 | 0.00 |
| JVC PROCESSING | Uns | 325.00 | NA | NA | 0.00 | 0.00 |
| KEMPER INSURANCE | Uns | 363.00 | NA | NA | 0.00 | 0.00 |
| LAKOTA CASH | Uns | 780.00 | 810.00 | 810.00 | 0.00 | 0.00 |
| MAIN STREET ACQUISITION CORP | Uns | 678.00 | NA | NA | 0.00 | 0.00 |
| MCA MANAGEMENT COMPANY | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| METABANK | Uns | 460.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FINANCE | Uns | 760.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST TITLE LOANS | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| MONCO LAW OFFICES | Uns | 601.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY COLLECTION | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| NAMAKAN CAPITAL | Uns | 390.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT ADJUSTERS | Uns | 440.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Uns | 389.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 3,533.00 | 3,368.54 | 3,368.54 | 0.00 | 0.00 |
| PACK MANAGEMENT | Uns | 325.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Uns | 1,145.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 1,065.00 | 166.87 | 166.87 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 467.00 | 467.05 | 467.05 | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 88.00 | 32.71 | 32.71 | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEMS | Uns | 1,600.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 412.00 | 1,984.74 | 1,984.74 | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 366.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ROCKFORD MERCANTILE | Uns | 163.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE | Uns | 700.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE | Uns | 700.00 | 905.00 | 905.00 | 0.00 | 0.00 |
| SKO BRENNER AMERICAN INC | Uns | 46.00 | NA | NA | 0.00 | 0.00 |
| SPRING GREEN LAWN CARE | Uns | 74.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL - DISTRIBUTIONS | Uns | 1,192.00 | 1,191.39 | 1,191.39 | 0.00 | 0.00 |
| TRIBUTE CARD | Uns | 1,600.00 | NA | NA | 0.00 | 0.00 |
| USAWEBCASH | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| VALUED SERVICES | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| WINNEBAGO COUNTY HEALTH | Uns | 313.00 | NA | NA | 0.00 | 0.00 |
| WOODFOREST NATIONAL BANK | Uns | 611.00 | NA | NA | 0.00 | 0.00 |
| RICHARD JONES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GENESIS FINANCIAL SERVICES | Uns | 0.00 | 499.10 | 499.10 | 0.00 | 0.00 |
| WHITE HILLS CASH LLC | Uns | 0.00 | 700.00 | 700.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 0.00 | 342.10 | 342.10 | 0.00 | 0.00 |
| WEBBANK/FINGERHUT | Uns | 0.00 | 559.50 | 559.50 | 0.00 | 0.00 |

<div style="border:1px solid">

__Summary of Disbursements to Creditors:__

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| __Secured Payments:__ | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 5,023.80 | $ 366.80 | $ 2,200.27 |
| All Other Secured | $ 14.95 | $ 14.95 | $ 8.68 |
| __TOTAL SECURED:__ | $ 5,038.75 | $ 381.75 | $ 2,208.95 |
| __Priority Unsecured Payments:__ | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| __TOTAL PRIORITY:__ | $ 0.00 | $ 0.00 | $ 0.00 |
| __GENERAL UNSECURED PAYMENTS:__ | $ 21,360.50 | $ 0.00 | $ 0.00 |

</div>

<div style="border:1px solid">

__Disbursements:__

| | |
|---|---|
| Expenses of Administration | $ 3,304.30 |
| Disbursements to Creditors | $ 2,590.70 |
| __TOTAL DISBURSEMENTS:__ | $ 5,895.00 |

</div>

UST Form 101-13-FR-S (9/1/2009)

12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:   02/19/2015                         By:   /s/ Lydia S. Meyer
                                                   Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)